THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 17-50861
JULIO C DIAZ COTTO )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **JULIO C DIAZ COTTO**
   **Check 2042813**
   **Claim # 0**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$1,623.64** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **8/4/2021**

CHAPTER 13
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

Respectfully submitted,

/s/ Keith L. Rucinski
_____
Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone 330.762.6335
Fax 330.762.7072

## CERTIFICATE OF SERVICE

I hereby certify that on 08/04/2021, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

JULIO C DIAZ COTTO
2885 EILEEN DR
AKRON, OH  44319

<u>Via ECF</u>

JAMES F HAUSEN, ESQ (jhausen@batesandhausen.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 08/04/2021        By: <u>N. Everly</u>
                                   Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072